(Del. Rev. 12/98)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

~ 05 - 8 13

LARRY W. DAVIS
_____
(Name of Plaintiff or Plaintiffs)

v.

CIVIL ACTION No. 04090730/17CA400717

DIAMOND MATERIALS
_____

(Name of Defendant or Defendants)

2005 NOV 28 AM 11:59

## *COMPLAINT UNDER TITLE VII*

## *OF THE CIVIL RIGHTS ACT OF 1964*

1.      This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. $2000e-5. Equitable and other relief are also sought under 42 U.S.C. $2000e-5(g).

2.      Plaintiff resides at _496 N. St. Augustine Rd_
(Street Address)
Chesapeake City  Cecil  MD  21915
(City)        (County)     (State)    (Zip Code)
(410) 885-5309
(Area Code) (Phone Number)

3.      Defendant resides at, or its business is located at _South Heald St_
(Street Address)
Wilmington  New Castle  De  19802
(City)      (County)     (State)   (Zip Code)

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's _~~Larry W Davis~~ Diamond Materials_ place of business
(Defendant's Name)
located at _South Heald Street_
(Street Address)
Wilmington  New Castle  De  19802
(City)        (County)     (State)   (Zip Code)

5.    The alleged discriminatory acts occurred on ___*08*___ , ___*12*___ , ___*2004*___ .
                                                   (Day)         (Month)        (Year)

6.    The alleged discriminatory practice    ● is    O is not continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware,

_Dept. Of LABOR_   _41st Market Sts_   _Wilmington_
   (Agency)        (Street Address)       (City)

_New Castle_   _Delaware_   _19802_ _____ , regarding
   (County)      (State)     (Zip Code)

defendant's alleged discriminatory conduct on ___*09*___ , _____ , ___*2004*___ .
                                               (Day)        (Month)         (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: ___*9*___ , ___*16*___ , ___*04*___ .
                                               (Day)        (Month)        (Year)

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: ___*7*___ , ___*22*___ , ___*05*___ .
                                               (Day)        (Month)      (Year)

## (NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.    The alleged discriminatory acts, in this suit, concern:

   A.    O    Failure to employ plaintiff.

   B.    ●    Termination of plaintiff's employment.

   C.    O    Failure to promote plaintiff.

   D.    O    Other acts (please specify below)

_____

_____

_____

_____

_____

_____

11.    Defendant's conduct is discriminatory with respect to the following:

    A.    ○    Plaintiff's race

    B.    ○    Plaintiff's color

    C.    ○    Plaintiff's sex

    D.    ○    Plaintiff's religion

    E.    ○    Plaintiff's national origin

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.    *Yes*

13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.

**THEREFORE, Plaintiff prays as follows: (Check appropriate letter(s))**

    A.    ●    That all fees, cost or security attendant to this litigation be hereby waived.

    B.    ○    That the Court appoint legal counsel.

    C.    ○    That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____11/28/05_____

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)