IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY W. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-813-SLR |
| | ) |
| DIAMOND MATERIALS LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of December, 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                             /s/ Sue L. Robinson
                                             United States District Judge