**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | LARRY W. DAVIS |
| COURT CASE NUMBER | 1:05-CV-00813-SLR |
| DEFENDANT | DIAMOND MATERIALS, INC LLC |
| TYPE OF PROCESS | Complaint |
| SERVE — NAME | RICHARD PIERSON |
| AT — ADDRESS | 3. Heald Street, Wilmington Delaware 19802 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry W. Davis
496 N. St. Augustine Rd
Chesapeake City Md 21915

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Diamond Materials LLs is (Heavy Highway Construction Company Consisting of Trucking - Business hours would be best time to serve.
Pauper Case = 1

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Judeth A Davis For Larry W Davis
TELEPHONE NUMBER: 302-528-3058
DATE: 3/24/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| | | |
|---|---|---|
| Total Process | District of Origin No. 15 | District to Serve No. 15 |
| Signature of Authorized USMS Deputy or Clerk | BF | Date: 3-29-06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served: Karen Atanasio - Admin Asst

FILED
APR - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date of Service: 3/31/06
Time: 2:45 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)