IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY W. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-813-SLR |
| | ) |
| DIAMOND MATERIALS LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___8th___ day of December, 2006, the complaint in the above-captioned case having been filed on November 28, 2005, and plaintiff having failed to show cause why this case should not be dismissed for failure to take any action for a period of more than three months (D.I. 7);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to D. Del. L.R. 41.1 (1995).

_____
UNITED STATES DISTRICT JUDGE